No. 91–6546. BERENS v. CHAIKEN. C. A. 3d Cir. Certiorari denied.

No. 91–6547. BARNETT v. COLLINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 91–6554. STOWE v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION (AND DIAGNOSTIC AND CLASSIFICATION CENTER) AT GRATERFORD. C. A. 3d Cir. Certiorari denied.

No. 91–6563. BRYMER v. HESSON, ACTING WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6568. O'NEILL ET UX. v. TOWAMENSING TOWNSHIP, PENNSYLVANIA. Commw. Ct. Pa. Certiorari denied.

No. 91–6573. BARRIOS v. FOLTZ. C. A. 6th Cir. Certiorari denied.

No. 91–6574. RANA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6575. HEATH v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 91–6577. TUFAIL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6581. ANTOINE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6583. SCHAEFER v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 91–6585. SCOTT ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6589. HALL v. KNOTT COUNTY BOARD OF EDUCATION ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–6590. HALEY v. MICHIGAN. Ct. App. Mich. Certiorari denied.